UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMON WILLIAMS, | CASE NO. 2:25-cv-02360-JHC |
| Plaintiff, | AMENDED ORDER |
| v. | |
| TROY LANGDON, | |
| Defendant. | |

This Order AMENDS the Court's March 18, 2026 Order at Dkt. # 14.

Before the Court is "Plaintiff's Motion for Leave to Conduct Limited Early Discovery Pursuant to Fed. R. Civ. P. 26(d)." Dkt. # 9. Plaintiff, pro se, filed the motion about a month ago. Defendant, also pro se, has not filed an opposition. *See* LCR 7(b)(2). For the reasons presented by Plaintiff, the Court GRANTS the motion.

Plaintiff may serve a subpoena pursuant to Rule 45 on BECU, or any successor financial institution, seeking records for accounts held at BECU in the name of Innovative Men's Health Solutions LLC.

The subpoena must be limited to these records for calendar year 2025:

1.      Monthly bank statements in original PDF form; Transaction-level detail reflecting deposits, withdrawals, transfers, ACH activity, and wire activity;

AMENDED ORDER - 1

2.    Records reflecting incoming and outgoing wire transfers;

3.    Merchant settlement deposit records, if maintained within the same custodial account; and

4.    Records sufficient to identify the account numbers and account types of all accounts held at BECU in the name of the business during calendar year 2025.

No additional discovery is authorized by this Order.

Dated this 20th day of March, 2026.

John H. Chun
United States District Judge

AMENDED ORDER - 2