UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMON WILLIAMS, | CASE NO. 2:25-cv-02360-JHC |
| Plaintiff, | ORDER |
| v. | |
| TROY LANGDON, | |
| Defendant. | |

This matter comes before the Court *sua sponte*. Finding good cause to do so, the Court STAYS all discovery in this matter, including any discovery per the order at Dkt. # 17, pending resolution of the motion to dismiss at Dkt. # 16.

Dated this 20th day of March, 2026.

John H. Chun
United States District Judge

ORDER - 1