UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DAMON WILLIAMS,<br><br>Plaintiff,<br><br>v.<br><br>TROY LANGDON,<br><br>Defendant. | CASE NO. 2:25-cv-02360-JHC<br><br>ORDER |

This matter comes before the Court on pro se Plaintiff Damon Williams's Motion for Enlargement of Time. Dkt. # 33. The Court has considered the materials filed in support of and in opposition to the motion, pertinent portions of the record, and the applicable law. Being fully advised, for good cause shown as presented in Plaintiff's motion, the Court GRANTS the motion and ENLARGES the time by which Plaintiff must find counsel to September 11, 2026.

Dated this 3rd day of August, 2026.

John H. Chun
John H. Chun
United States District Judge